Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_NOVEMBER 2_ 20_16_

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

AUBREY TAYLOR, a/k/a "Uno",

Defendant.

CR16-300 RSL

INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### (Conspiracy to Engage in Sex Trafficking of a Minor)

Beginning at a time unknown, but within the last five years, and continuing through October 2014, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR, a/k/a "Uno," and Co-Conspirator A, and others known and unknown, in and affecting interstate and foreign commerce, did knowingly conspire and agree to recruit, entice, harbor, transport, provide, and obtain by any means, JF1, a minor female who had not attained the age of eighteen years, and having had a reasonable opportunity to observe JF1, and knowing and in reckless disregard of the fact that JF1

UNITED STATES v. TAYLOR/INDICTMENT - 1

had not attained the age of eighteen years, and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(c).

## COUNT TWO
### (Sex Trafficking of a Minor)

During in or about October 2014, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JF1, a minor female who had not attained the age of eighteen years, and having had a reasonable opportunity to observe JF1, and knowing and in reckless disregard of the fact that JF1 had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

UNITED STATES v. TAYLOR/INDICTMENT - 2

All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and (b)(3).

A TRUE BILL:

DATED: 11·2·16

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____

FOREPERSON

ANNETTE L. HAYES
United States Attorney

TODD GREENBERG
Assistant United States Attorney

CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. TAYLOR/INDICTMENT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970