**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Aubrey Taylor                                    USAO#  2015R01233

_/ MAGISTRATE'S NO.  MJ16-202              _/ DOCKET NO. (If Superseding Indictment) CR _____

*********************************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes    _/ no

IF YES:

      _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____:

    X/ A DETENTION ORDER HAS BEEN ENTERED.

    ***  _/ TEMPORARY DETENTION

    ***  X / PERMANENT DETENTION

      _/    IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

*********************************************************************************************************

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                (Date)

    DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                      (Date)

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*********************************************************************************************************

### IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                    [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

      _/ CONTINUE CONDITIONS OF RELEASE

      x_/ CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************************************

HAS THE FPD represented any subject or witness in this case?        _/ Yes    _/ No

*********************************************************************************************************

THE ESTIMATED TRIAL TIME IS ____7____ TRIAL DAYS.        10/14/16

                                        (Date Form filled out)

(Revised June 2000)