UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUBREY TAYLOR,<br><br>　　　　　Defendant. | Case No. CR16-300RSL<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |

THE COURT, having considered defendant's unopposed motion for continuance of the pretrial motions date and trial date (Dkt. # 31), and the records and files herein, including the defendant's waiver of speedy trial rights (Dkt. # 32), incorporates by reference the facts set forth in the motion and finds as follows:

1. Defendant was arraigned on November 10, 2016, with trial set for January 9, 2017. Defendant's current counsel was appointed on November 30, 2016, after defendant's original counsel withdrew.

2. This case, in which defendant is charged with two counts of sex trafficking, involves substantial discovery.

3. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL - 1

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).
5. The Court further finds that the ends of justice served by ordering a continuance in this case outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this case is continued from January 9, 2017, to June 19, 2017.  The deadline for pretrial motions in this case is set for April 7, 2017.

IT IS FURTHER ORDERED THAT the time period between December 16, 2016, and June 19, 2017, shall be excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-74.

DATED this 4th day of January, 2017.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL - 2