District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>V.<br><br>AUBREY TAYLOR,<br><br>                    Defendant. | No.   2:16-cr-00300-RSL<br><br>ORDER ON DEFENDANT'S<br>MOTION TO WITHDRAW<br>AS COUNSEL<br><br>~~[PROPOSED]~~ |

Having considered the motion to withdraw and substitute counsel, the records and files, counsel Sean Gillespie's sealed declaration, and the hearing conducted by the court, the court makes the following findings:

That based upon the reasons set forth in defense counsel's declaration and testimony elicited at the hearing, there is an irreconcilable conflict between Mr. Taylor and Mr. Gillespie.

IT IS ORDERED that Sean Gillespie   may withdraw as counsel of record.

DONE on ~~April~~ May 2, 2017.

_____
U.S. DISTRICT JUDGE ROBERT S. LASNIK

ORDER PERMITTING WITHDRAWAL
DECLARATION [PROPOSED]
2:16-cr-00300-RSL
PAGE - 1 OF 2

*Carney Gillespie Isitt PLLP*
600 1st Ave, Suite LL08
Seattle, WA, 98104
(206) 445-0220

1 | Presented by:

2 | ___s/Sean P. Gillespie___
WSBA No. 35365
3 | Attorney for Aubrey Taylor

ORDER PERMITTING WITHDRAWAL
DECLARATION [PROPOSED]
2:16-cr-00300-RSL
PAGE - 1 OF 2

*Carney Gillespie Isitt PLLP*
600 1st Ave, Suite LL08
Seattle, WA, 98104
(206) 445-0220