Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 3                     20 17
WILLIAM M. McCOOL, Clerk
By Emily Jensen
_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno",<br><br>Defendant. | NO. CR16-300 RSL<br><br>SUPERSEDING INDICTMENT |

The Grand Jury charges that:

## COUNT ONE
### (Conspiracy to Engage in Sex Trafficking of a Minor)

Beginning at a time unknown, but within the last five years, and continuing through October 2014, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR, a/k/a "Uno," and Co-Conspirator A, and others known and unknown, in and affecting interstate and foreign commerce, did knowingly conspire and agree to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JF1, a minor female who had not attained the age of eighteen years, and having had a reasonable opportunity to observe JF1, and knowing and in reckless disregard of the fact that JF1 had not attained the age of eighteen years, and would be caused to engage in a commercial sex act.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (c) and 1594(c).

## COUNT TWO
**(Sex Trafficking of a Minor (JF1) through Force, Fraud, and Coercion)**

During in or about October 2014, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JF1, a minor female who had not attained the age of eighteen years, knowing that force, fraud, and coercion, and any combination of such means, would be used to cause JF1 to engage in commercial sex acts, and having had a reasonable opportunity to observe JF1, and knowing and in reckless disregard of the fact that JF1 had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2) and (c).

## COUNT THREE
**(Sex Trafficking of AF1 by Force, Fraud and Coercion)**

Beginning in or about October 2011, and continuing until on or about July 2016, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR, a/k/a "Uno," did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, and obtain by any means, an adult female, AF1, knowing that force, fraud, and coercion, and any combination of such means, would be used to cause AF1 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1) and 1591(b)(1).

//

//

UNITED STATES v. TAYLOR/CR16-300 RSL
SUPERSEDING INDICTMENT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT FOUR
### (Sex Trafficking of AF2 by Force, Fraud and Coercion)

Beginning in or May 2015, and continuing until on or about July 2016, in King County, within the Western District of Washington, and elsewhere, AUBREY TAYLOR, a/k/a "Uno," did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, and obtain by any means, an adult female, AF2, knowing that force, fraud, and coercion, and any combination of such means, would be used to cause AF2 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1) and 1591(b)(1).

A TRUE BILL:

DATED: 5·3·17

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. TAYLOR/SUPERSEDING INDICTMENT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970