**DEFENDANT STATUS SHEET**  (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Aubrey Taylor _____    USAO# 2015R01233 _____

__/ MAGISTRATE'S NO. MJ16-202 _____    __/ DOCKET NO. (If Superseding Indictment) CR _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes    __/ no

IF YES:

     __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____:

    X / A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  __/ TEMPORARY DETENTION

     \*\*\*  X / PERMANENT DETENTION

        __/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____.

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    __/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

__/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
              (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
              (Date)

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    __/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                  [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        __/ CONTINUE CONDITIONS OF RELEASE

        X / CONTINUE DETENTION

        __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?        __/ Yes    __/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS 10 _____ TRIAL DAYS.        5/1/17 _____
                                          (Date Form filled out)

(Revised June 2000)