UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | Case No. CR16-300RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to continue the trial date and extend the pretrial motions deadline (Dkt. # 54), as well as the records and files herein, and has conducted a hearing on the motion. The Court incorporates by reference the facts set forth in the motion and makes the following findings:

1. Defendant was arraigned on November 10, 2016, with trial set for January 9, 2017. New counsel was appointed on November 30, 2016, after defendant's original counsel withdrew. Trial was continued to June 19, 2017. Dkt. # 33.

2. On May 2, 2017, after holding a hearing, the Court granted defendant's counsel motion to withdraw. Dkt. ## 46, 47.

3. On May 3, 2017, a four-count superseding indictment was filed. Dkt. # 48. Each of the four counts relates to a different alleged adult victim.

4. Defendant's current counsel was appointed on May 4, 2017. Dkt. # 51.

5. Failure to grant a continuance would result in a miscarriage of justice given defense

ORDER CONTINUING TRIAL - 1

counsel's reasonable need for additional time to prepare, including reviewing and synthesizing discovery, conducting investigation, performing legal research, drafting motions, advising defendant, and preparing for trial. 18 U.S.C. § 3161(h)(7)(B)(i).
6. This case is so complex due to the nature of the charges, number of complainants, and volume of discovery, that it would be unreasonable to expect counsel to be prepared within the timeframe set by the current trial date and 18 U.S.C. § 3161. 18 U.S.C. § 3161(h)(7)(B)(ii).
7. Notwithstanding the defendant's refusal to sign a speedy trial waiver, the ends of justice will be best served by ordering a continuance in this case, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial as set forth in 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date in this case is continued from June 19, 2017, to January 22, 2018. The deadline for pretrial motions in this case is set for November 3, 2017.

IT IS FURTHER ORDERED THAT the period of time between June 19, 2017, through the new trial date of January 22, 2018, shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-74.

DATED this 19th day of June, 2017.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL - 2