The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) NO. CR16-300-RSL |
|---|---|
| Plaintiff, | ) |
| vs. | ) (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| AUBREY TAYLOR, | ) |
| Defendant. | ) |

After considering the unopposed motion to extend the pretrial motions deadline, and the record in this case, the Court finds that it is reasonable to extend the pretrial motions deadline given Mr. Taylor's pending request to proceed *pro se*.

IT IS THEREFORE ORDERED the pretrial motions deadline will be extended to a date to be set following the hearing scheduled for November 7, 2017.

DATED this 1st of Nov. , 2017

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
s/ *Vanessa Pai-Thompson*
Vanessa Pai-Thompson

s/ *Gregory Murphy*
Gregory Murphy
Assistant Federal Public Defenders
Attorneys for Aubrey Taylor

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO EXTEND PRETRIAL MOTIONS
DEADLINE - 1
U.S.A. v. Aubrey Taylor / CR16-300RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100