# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUBREY TAYLOR,<br><br>    Defendant. | Case No. CR16-300RSL<br><br>ORDER CONTINUING<br>TRIAL DATE |

This matter comes before the Court on defendant Aubrey Taylor's "Unopposed Motion Re Pretrial Motions Due Date and Trial Date." Dkt. # 96. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

    1.    The Court adopts the facts set forth in the motion. Specifically, trial in Mr. Taylor's case is currently scheduled for January 22, 2018. Counsel for Mr. Taylor was just recently appointed and has other trials set to begin January 29, 2018, and March 26, 2018. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

    2.    The Court further finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors

ORDER CONTINUING TRIAL DATE - 1

outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including June 30, 2018. Dkt. # 95.

IT IS HEREBY ORDERED that the trial date be continued from January 22, 2018, to June 4, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 5, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 22, 2018, up to and including June 30, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 6th day of December, 2017.

Robert S. Lasnik
United States District Judge