The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno",<br><br>Defendant. | NO. CR16-300 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER ENFORCING PROTECTIVE ORDER AND FOR GRAND JURY TRANSCRIPTS |

Having reviewed the parties' Stipulated Motion to Extend Due Date of Government's Response, and based upon the reasons set forth in that Motion,

IT IS ORDERED that the government shall file its response to Defendant Aubrey Taylor's Motion for Order Enforcing Protective Order and for Production of Grand Jury Transcripts filed by the Defendant (Docket No. 104) no later than March 15, 2018.

IT IS SO ORDERED.

DATED this 21st day of March, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Catherine L. Crisham*, Assistant United States Attorney

UNITED STATES v. TAYLOR/CR16-300 RSL
ORDER GRANTING STIPULATED MOTION TO EXTEND
DUE DATE OF GOVERNMENT'S RESPONSE
- 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970