The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
|---|---|
| Plaintiff | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| AUBREY TAYLOR, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Response in Opposition to Defendant's Motion for Order Enforcing Protective Order and for Production of Grand Jury Transcripts;

//

//

//

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 1

It is hereby ORDERED that the United States' Response in Opposition to Defendant's Motion for Order Enforcing Protective Order and for Production of Grand Jury Transcripts shall remain sealed.

DATED this 9th day of April, 2018.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970