UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | Case No. CR16-300RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on defendant's "Motion for Order Continuing Pretrial Motions Due Date and Trial Date." Dkt. # 110. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial is currently scheduled for June 4, 2018; that defendant is charged with multiple counts related to sex trafficking and sex trafficking of a minor; that this is a complex, multi-count matter involving a large volume of discovery; and that defense counsel currently has trials set to begin in July and September of this year.

2. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL DATE - 1

4.     The Court finds that the additional time requested is a reasonable period of delay, as defense counsel needs additional time to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and that the additional time requested between the current trial date of June 4, 2018, and the proposed trial date of October 29, 2018, is necessary to provide defense counsel reasonable time to prepare for trial considering all of the facts set forth above.

5.     The Court further finds that such a continuance would serve the ends of justice, and that the factors set forth above outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

6.     Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including November 2, 2018, Dkt. # 112, which will allow trial to begin on October 29, 2018, as requested.

IT IS HEREBY ORDERED that the trial date be continued from June 4, 2018, to October 29, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to September 28, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of June 4, 2018, up to and including November 2, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 12th day of April, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2