Honorable Robert S. Lasnik

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
|---|---|
| Plaintiff | [PROPOSED] ORDER TO SEAL |
| v. | |
| AUBREY TAYLOR, | |
| Defendant. | |

11

12

13

14

15

16    Having read the Government's Motion to Seal and because the sensitive

17  information contained therein, it is hereby ORDERED that the government's response to

18  Defendant's Motion for Order Quashing Grand Jury Subpoena and Dismissing Second

19  Superseding Indictment (Docket No. 113) shall remain sealed.

20    DATED this __4th__ day of __May__, 2018.

21

22

23

24                                 ROBERT S. LASNIK
                                   United States District Judge

25  Presented by:

26

27  S/ Catherine L. Crisham
    CATHERINE L. CRISHAM, Assistant United States Attorney

28

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 1