Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUBREY TAYLOR, <br><br> Defendant | Case No.: CR16-0300RSL <br><br> ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF RE MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT |

This matter having come before the Court on the defendant's Motion for Leave to File Over-Length Brief, and the Court having considered the motion, now, therefore

IT IS HEREBY ORDERED that the motion is GRANTED. The defendant is granted leave to file his overlength brief regarding his Motion to Dismiss Second Superseding Indictment.

DONE this 21st day of ~~July~~ Aug., 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO
FILE OVER-LENGTH BRIEF
(Taylor, CR16-0300RSL) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

1  Presented by:

2
   /s Michael G. Martin
3  _____
   Michael G. Martin, WSBA # 11508
4  Attorney for Defendant
   Siderius Lonergan & Martin LLP
5  500 Union Street, Suite 847
   Seattle, WA 98101
6  (206) 624-2800
   Fax (206) 624-2805
7  Email: michaelm@sidlon.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING LEAVE TO
FILE OVER-LENGTH BRIEF
(Taylor, CR16-0300RSL) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805