Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR16-0300RSL |
| Plaintiff, | ORDER GRANTING LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL |
| vs. | |
| AUBREY TAYLOR, | |
| Defendant | |

This matter having come before the Court on the motion of the defendant for leave to file certain exhibits under seal in support of his Motion to Dismiss Second Superseding Indictment, the Court finds that the Amended Protective Order, Docket #123, requires that documents designated as "Protected" or "Sensitive" must be filed under seal. Now, therefore,

IT IS HEREBY ORDERED that the requested leave is granted. The exhibits shall be filed under

/

/

ORDER GRANTING LEAVE TO FILE
EXHIBITS UNDER SEAL
(Taylor, CR16-0300RSL) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

seal until further order of the Court.

DONE THIS 21st day of ~~July,~~ Aug. 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s Michael G. Martin
_____

Michael G. Martin, WSBA # 11508
Attorney for Defendant
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

ORDER GRANTING LEAVE TO FILE
EXHIBITS UNDER SEAL
(Taylor, CR16-0300RSL) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805