Judge Robert S. Lasnik

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10   UNITED STATES OF AMERICA,                )   Case No.: CR16-0300RSL
                                              )
11                        Plaintiff,          )
                                              )
12            vs.                             )   ORDER GRANTING LEAVE TO FILE
                                              )   MOTION TO DISMISS UNDER SEAL
13                                            )
                                              )
14   AUBREY TAYLOR,                           )
                                              )
15                        Defendant           )
     _____)

16        This matter having come before the Court on the motion of the defendant for leave to file

17   his Motion to Dismiss Second Superseding Indictment, the Court finds that the Amended

18   Protective Order, Docket #123, requires any material designated as "Protected" or "Sensitive"

19   must be filed under seal.  The Court further finds that defendant's motion contains extensive

20   quotation and discussion of "Protected" and "Sensitive" material.  Now, therefore,

21   IT IS HEREBY ORDERED that the requested leave is granted.  Defendant's Motion to Dismiss

22

23   /

24   /

25   /

ORDER GRANTING LEAVE TO FILE
MOTION TO DISMISS UNDER SEAL
(Taylor, CR16-0300RSL) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

Second Superseding Indictment shall be filed under seal until further order of the Court.

DONE THIS 21st day of ~~July~~ Aug., 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s Michael G. Martin
_____

Michael G. Martin, WSBA # 11508
Attorney for Defendant
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

ORDER GRANTING LEAVE TO FILE
MOTION TO DISMISS UNDER SEAL
(Taylor, CR16-0300RSL) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805