Honorable Robert S. Lasnik

Posted

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> AUBREY TAYLOR, <br><br> Defendant. | NO. CR16-300 RSL <br><br> [PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and because the sensitive information contained therein, it is hereby ORDERED that the Exhibits in support of the government's Response in Opposition to Defendant's Motion to Dismiss for Brady Violations (Docket No. 137) shall remain sealed.

DATED this 21st day of August, 2018.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM, Assistant United States Attorney

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970