UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUBREY TAYLOR,<br><br>    Defendant. | Case No. CR16-300RSL<br><br>ORDER TO SEAL |

This matter comes before the Court on Defendant's "Motion to Seal Supplemental Memorandum in Support of Motion for Order Dismissing Second Superseding Indictment Based on Prosecutorial Misconduct and Abuse of the Grand Jury." Dkt. #150. The Supplemental Memorandum, Dkt. #151, references grand jury testimony and witness statements that are designated as "Protected Material" or "Sensitive Material" pursuant to the Amended Protective Order issued on May 10, 2018. Dkt. #123.

It is hereby ORDERED that Defendant's Supplemental Memorandum in Support of Motion for Order Dismissing Second Superseding Indictment based on Prosecutorial Misconduct and Abuse of the Grand Jury shall remain sealed.

DATED this 2nd day of October, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE UNDER SEAL - 1