The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| AUBREY TAYLOR, a/k/a "Uno", | |
| Defendant. | |

Having read the Government's Response in Opposition to Defendant's Supplemental Memorandum in Support of Motion for Order Dismissing Second Superseding Indictment Based on Prosecutorial Misconduct and Abuse of the Grand Jury in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that the Government's Response in Opposition to Defendant's Supplemental Memorandum ... be allowed to remain under seal,

It is hereby ORDERED that the Government's Motion to Seal requesting that the Government's Response in Opposition to Defendant's Supplemental Memorandum ... in this matter shall remain sealed.

//

//

UNITED STATES v. TAYLOR / CR16-300 RSL
ORDER TO SEAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this  9th  Oct.  day of ~~September~~ 2018.

2

3

4 | ROBERT S. LASNIK
United States District Judge

5 | Presented By:

6

7 | *s/ Catherine L. Crisham*
Catherine L. Crisham
8 | Assistant United States Attorney

*UNITED STATES v. TAYLOR* / CR16-300 RSL
ORDER TO SEAL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970