The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno",<br><br>Defendant. | NO. CR16-300 RSL<br><br>ORDER GRANTING MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS CELL PHONES AND DUFFEL BAG |

Having reviewed the government's Motion to Extend Due Date of Government's Response to Defendant's Motion to Suppress, and based upon the reasons set forth in that Motion,

IT IS HEREBY ORDERED that the government shall file its response to Defendant Aubrey Taylor's Motion to Suppress Cell Phones and Duffel Bag (Dkt. No. 168) no later than January 18, 2019.

//
//
//

U.S. v. Taylor/CR16-300 RSL - 1
ORDER GRANTING MOTION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE

1  IT IS SO ORDERED.

3  DATED this 27th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

U.S. v. Taylor/CR16-300 RSL - 2
ORDER GRANTING MOTION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970