The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR16-0300RSL |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRETRIAL MOTIONS DUE DATE |
| AUBREY TAYLOR, | |
| Defendant | |

The Court has considered the unopposed motion filed by Defendant Aubrey Taylor for an order continuing the pretrial motions due date in this matter from January 8 to January 10, 2019. Having considered the motion and the government having indicated that it has no opposition to the request, now, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued from January 8 to January 10, 2019.

DONE this 10th day of January, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING PRETRIAL MOTIONS
DUE DATE
(Taylor, CR16-0300RSL) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

1  Presented by:

2

3  *s/ Adrienne McKelvey*  
Adrienne McKelvey, WSBA No. 50990  
4  POLSINELLI PC  
1000 Second Ave., Ste. 3500  
5  Seattle, WA 98104  
(206) 393-5400  
Fax (206) 393-5401  
6  Email: adrienne.mckelvey@polsinelli.com

*s/ Michael G. Martin*  
Michael G. Martin, WSBA # 11508  
Attorney for Defendant  
Siderius Lonergan & Martin LLP  
500 Union Street, Suite 847  
Seattle, WA 98101  
(206) 624-2800  
Fax (206) 624-2805  
Email: michaelm@sidlon.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER CONTINUING PRETRIAL MOTIONS  
DUE DATE  
(Taylor, CR16-0300RSL) - 2

SIDERIUS LONERGAN & MARTIN LLP  
ATTORNEYS AT LAW  
500 UNION STREET, SUITE 847  
SEATTLE, WA 98101  
(206) 624-2800  
FAX (206) 624-2805