The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUBREY TAYLOR,<br><br>Defendant, | No. CR16-0300RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION TO SUPPRESS GALAXY S5 AND GALAXY S6 CELLPHONES, THEIR CONTENTS, A BLACK DUFFEL BAG, ITS CONTENTS AND ALL FRUITS OF THIS EVIDENCE |

This matter having come before the Court on Defendant Aubrey Taylor's Motion to Seal the Exhibits in support of his Motion to Suppress Galaxy S5 and Galaxy S6, a Black Duffel Bag, Its Contents and All Fruits of This Evidence, and for good cause appearing, the Court hereby GRANTS the motion and ORDERS that the Exhibits be sealed.

DONE this 14th day of Jan., 2019.

_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
(Taylor, CR16-0300RSL) - 1



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

Presented by:

_/s Michael G. Martin_
Michael G. Martin, WSBA No. 11508
Counsel for Aubrey Taylor
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com


_/s Adrienne McKelvey_
Adrienne McKelvey, WSBA No. 50990
Counsel for Aubrey Taylor
POLSINELLI PC
1000 Second Ave., Ste. 3500
Seattle, WA 98104
(206) 393-5400
Fax (206) 393-5401
Email: adrienne.mckelvey@polsinelli.com

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
(Taylor, CR16-0300RSL) - 2



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 · (206) 393-5400