Case 2:16-cr-00300-RSL   Document 176-1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUBREY TAYLOR,<br><br>Defendant, | No. CR16-0300RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL MOTION TO SUPPRESS STATEMENT AND ITS EXHIBITS, AND EXHIBITS A AND D IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR SPEEDY TRIAL ACT VIOLATION |

This matter having come before the Court on Defendant Aubrey Taylor's Motion to File Under Seal (the "Motion"), and the Court having considered the Motion, and otherwise being fully informed in this matter, the Court hereby ORDERS that the Motion is GRANTED. The Motion to Suppress Statement, its Exhibits, and Exhibits A and D in Support of the Motion to Dismiss for Speedy Trial Act Violation shall remain filed under seal.

DONE this 5th day of Feb., 2019.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE
UNDER SEAL
(Taylor, CR16-0300RSL) - 1



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

Presented by:

_/s Michael G. Martin_
Michael G. Martin, WSBA No. 11508
Counsel for Aubrey Taylor
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com


_/s Adrienne McKelvey_
Adrienne McKelvey, WSBA No. 50990
Counsel for Aubrey Taylor
POLSINELLI PC
1000 Second Ave., Ste. 3500
Seattle, WA 98104
(206) 393-5400
Fax (206) 393-5401
Email: adrienne.mckelvey@polsinelli.com

[PROPOSED] ORDER GRANTING MOTION TO FILE
UNDER SEAL
(Taylor, CR16-0300RSL) - 2

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400