Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | NO. CR16-300 RSL<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because the sensitive information contained therein, it is hereby ORDERED that the Government's Response in Opposition to Defendant's Motion to Suppress Statement and All Fruits of this Evidence, along with its exhibits, shall remain sealed.

DATED this 7th day of February, 2019.


*MWS Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM, Assistant United States Attorney

Order to Seal
*U.S. v. Taylor*, CR16-300 RSL - 1