Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
|---|---|
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| AUBREY TAYLOR, | |
| Defendant. | |

Having read the Government's Motion to Seal and because the sensitive information contained therein, it is hereby ORDERED that the Government's Response in Opposition to Defendant Aubrey Taylor's Motion for Suppression and *Franks* Hearing and to Dismiss Counts 1 and 2 of the Second Superseding Indictment Based on *United States v. Napue* (Docket No. 182), along with its exhibits, shall remain sealed.

DATED this 7th day of February, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM, Assistant United States Attorney

Order to Seal
*U.S. v. Taylor*, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970