Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| AUBREY TAYLOR, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Response in Opposition to Defendant Aubrey Taylor's Motion for Suppression Statement and all Fruits of this Evidence, along with its exhibits, shall remain sealed.

DATED this 7th day of February, 2019.

*MvS S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970