The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno",<br><br>Defendant. | NO. CR16-300 RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Response in Opposition to Defendant Aubrey Taylor's Motion to Sever Counts 1 and 2 from Counts 3 Through 5 that does not exceed seventeen pages in length.

DATED this 15th day of February, 2019.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Catherine L. Crisham*
Assistant United States Attorney

Order Granting United States' Motion to File a Response in Excess of 12 Pages
(UNITED STATES v. AUBREY TAYLOR / CR16-300 RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970