The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR,<br><br>    Defendant. | No. CR16-0300RSL<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBIT F IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR SPEEDY TRIAL ACT VIOLATION** |

This matter having come before the Court on Defendant Aubrey Taylor's Motion to File Under Seal Exhibit F in Support of the Motion to Dismiss for Speedy Trial Act Violation (the "Motion"), and the Court having considered the Motion, and otherwise being fully informed in this matter, the Court hereby ORDERS that the Motion is GRANTED. Exhibit F in Support of the Motion to Dismiss for Speedy Trial Act Violation shall remain filed under seal.

DONE this 15th day of February, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE
UNDER SEAL
(Taylor, CR16-0300RSL) - 1



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

Presented by:

*/s Michael G. Martin*
Michael G. Martin, WSBA No. 11508
Counsel for Aubrey Taylor
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com


*/s Adrienne McKelvey*
Adrienne McKelvey, WSBA No. 50990
Counsel for Aubrey Taylor
POLSINELLI PC
1000 Second Ave., Ste. 3500
Seattle, WA 98104
(206) 393-5400
Fax (206) 393-5401
Email: adrienne.mckelvey@polsinelli.com

ORDER GRANTING MOTION TO FILE
UNDER SEAL
(Taylor, CR16-0300RSL) - 2



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400