UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno,"<br><br>Defendant. | NO. CR16-300 RSL<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Motion in Limine to Preclude Criminal History of Victims and Government Witnesses Pursuant To FRE 609, shall remain sealed.

DATED this 25th day of February, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney

Order to Seal
*U.S. v. Taylor*, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970