The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR, a/k/a "Uno",<br><br>Defendant. | NO. CR16-300 RSL<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Motion *In Limine* to Exclude Evidence of Victims' Other Sexual Behavior and Sexual Predisposition not to exceed sixteen pages in length.

DATED this 25th day of February, 2019.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Catherine L. Crisham*
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970