1
2
3
4
5
6
7

8
**UNITED STATES DISTRICT COURT**
9
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10
UNITED STATES OF AMERICA,

No. CR16-0300RSL

11
    Plaintiff,

**ORDER GRANTING MOTION TO FILE**
12
**UNDER SEAL (1) DEFENDANT'S**
**RESPONSE TO GOVERNMENT'S**
13
    v.
**MOTION *IN LIMINE* TO PRECLUDE**
**CRIMINAL HISTORY OF VICTIMS**
14
AUBREY TAYLOR,
**AND GOVERNMENT WITNESSES**
**PURSUANT TO FRE 609; AND (2)**
15
    Defendant.
**DEFENDANT'S RESPONSE TO**
**GOVERNMENT'S MOTION *IN LIMINE***
16
**TO EXCLUDE EVIDENCE OF**
**VICTIMS' OTHER SEXUAL**
17
**BEHAVIOR AND SEXUAL**
**PREDISPOSITION**
18

19

20
    This matter comes before the Court on Defendant Aubrey Taylor's Motion to File Under

21
Seal: (1) Defendant's Response to Government's Motion *In Limine* to Preclude Criminal History

22
of Victims and Government Witnesses Pursuant to FRE 609, and (2) Defendant's Response to

23
Government's Motion *In Limine* to Exclude Evidence of Victims' Other Sexual Behavior and

24
Sexual Predisposition (the "Motion"). The Court has considered the Motion, and otherwise being

25
fully informed in this matter, ORDERS that the Motion is GRANTED. Both of Defendant's

26
responses shall remain filed under seal.

27



DONE this 25th day of February, 2019.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

*/s Michael G. Martin*
Michael G. Martin, WSBA No. 11508
Counsel for Aubrey Taylor
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

*/s Adrienne McKelvey*
Adrienne McKelvey, WSBA No. 50990
Counsel for Aubrey Taylor
POLSINELLI PC
1000 Second Ave., Ste. 3500
Seattle, WA 98104
(206) 393-5400
Fax (206) 393-5401
Email: adrienne.mckelvey@polsinelli.com

ORDER GRANTING MOTION TO FILE
UNDER SEAL
(Taylor, CR16-0300RSL) - 2



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400