The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| AUBREY TAYLOR, a/k/a "Uno", | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Government's Response in Opposition to Defendant's Motion in Limine to Exclude Other Acts Evidence, filed February 21, 2019 (Docket No. 256) that does not exceed twenty six pages in length.

DATED this 25th day of February, 2019.

*Mr S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Catherine L. Crisham*
Assistant United States Attorney

Order Granting United States' Motion to File a Response in Excess of 12 Pages
(UNITED STATES v. AUBREY TAYLOR / CR16-300 RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970