Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff | |
| v. | [PROPOSED] ORDER TO SEAL |
| AUBREY TAYLOR, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Exhibits to Government's Supplemental Response to Defendant's Motion in Limine, shall remain sealed.

DATED this 26th day of February, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal
*U.S. v. Taylor*, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970