Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | NO. CR16-300 RSL<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Reply in Support of Government's Motion in Limine to Preclude Criminal History of Victims and Government Witnesses Pursuant to FRE 609, shall remain sealed.

DATED this 26th day of February, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970