Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | NO. CR16-300 RSL<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Joint Certification of Counsel Re: Admitted Trial Exhibits and the government's motion to seal, it is hereby ORDERED that Exhibits 1-1(d), 2-2(b), 4-4(c), 5-5(d), 6-6(a), 7-34, 35-35(a), 36-36(a), 37-76, 78, 80-84, 86, 88-104, 122, and 534, shall remain sealed.

DATED this 14th day of March, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney

Order to Seal
U.S. v. Taylor, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970