The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-0300RSL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING LEAVE TO WITHDRAW |
| v. | |
| AUBREY TAYLOR, | |
| Defendant. | |

This matter having come before the Court on the motion of Adrienne McKelvey and POLSINELLI PC seeking leave to withdraw, and the Court having considered the motion, the Court finds that good cause exists for the withdrawal. Now, therefore,

IT IS HEREBY ORDERED that the motion seeking leave to withdraw is GRANTED. Effective upon entry of this Order, POLSINELLI PC and Ms. McKelvey will be deemed to have withdrawn as counsel of record for Mr. Taylor.

IT IS SO ORDERED.

Done this 19th day of April, 2019.

_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING LEAVE TO WITHDRAW
(Taylor, CR16-0300RSL) - 1



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400