The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY |
| v. | |
| AUBREY TAYLOR, a/k/a "Uno", | |
| Defendant. | |

Having reviewed the government's Motion to Extend Due Date of Government's Response to Defendant's Motion for Return of Property, and based upon the reasons set forth in that Motion, and defense counsel having no objection, IT IS SO ORDERED:

The government shall file its response to the Defendant's Motion for Return of Property (Docket No. 316) no later than May 29, 2019. The Defendant shall file his reply brief, if any, no later than May 31, 2019. The noting date of that motion shall be re-set to May 31, 2019.

IT IS SO ORDERED.

DATED this 17th day of May, 2019.

_____
Robert S. Lasnik
United States District Judge

Presented by:
/s/ *Catherine L. Crisham*
Assistant United States Attorney

UNITED STATES v. TAYLOR/CR16-300 RSL
ORDER GRANTING STIP. MOTION TO EXTEND
DUE DATE OF GOVERNMENT'S RESPONSE FOR RETURN OF PROPERTY- 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970