UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | NO. CR16-300RSL |
| AUBREY TAYLOR, | ORDER DIRECTING THE GOVERNMENT TO RETURN DEFENDANT'S PROPERTY |
| Defendant. | |

The matter having come before the Court on the defendant's motion for an order directing the government to return his seized property, and the Court having considered the motion and the declaration of counsel in support of the motion, and the government's response, the Court finds that the black duffel bag and its contents should be returned to Mr. Taylor but the $828.00 in cash is not and never has been in the control of the federal authorities.

IT IS HEREBY ORDERED that the United States immediately return to Mr. Taylor through his counsel his black duffel bag and its contents.

DATED this 14th day of June, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING THE GOVERNMENT TO RETURN DEFENDANT'S PROPERTY