The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff | [PROPOSED] ORDER TO SEAL |
| v. | |
| AUBREY TAYLOR, a/k/a "Uno," | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Motion to Redact Transcripts, shall remain sealed.

DATED this 15th day of ~~June~~ July, 2019.

*RSL*

*M S Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

*U.S. v. Taylor*, CR16-300 RSL - 1
Order to Seal