The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-300 RSL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO REDACT |
| AUBREY TAYLOR, a/k/a "Uno," | |
| Defendant. | |

This matter, having come before the Court based on government's Motion to Redact Transcripts, and having considered the same, it is hereby ORDERED as follows:

The following redactions shall be made to the transcripts of the trial in this case, as well as to all hearings that are transcribed.

1) The last name of the victim identified by the initials "H.S." shall be redacted and replaced with "S."

2) The last name of the victim identified by the initials "A.M." shall be redacted and replaced with "M."

3) The last name of the victim identified by the initials "D.K." shall be redacted and replaced with "K."

//
//

4) The last name of the victim identified by the initials "L.C." shall be redacted and replaced with "L."

DATED this ___15th___ day of ~~June~~ July, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

_s/ Catherine L. Crisham_
CATHERINE L. CRISHAM
Assistant United States Attorney

_U.S. v. Taylor_, CR16-300 RSL - 2
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REDACT
TRANSCRIPT