Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AUBREY TAYLOR, a/k/a "Uno," <br> Defendant. | NO. CR16-300 RSL <br><br> [~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive victim information contained therein, it is hereby ORDERED that the Supplement to Government's Restitution Memorandum and Exhibits 1, shall remain sealed.

DATED this 19th day of July, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
REBECCA S. COHEN
Assistant United States Attorneys

Order to Seal
*U.S. v. Taylor*, CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970