# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AUBREY TAYLOR,<br><br>　　　　　　　Defendant. | Case No. 2:16-CR-300-RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY |

This matter comes before the Court on defendant Aubrey Taylor's "Motion for Return of Property." Dkt. #356. On June 16, 2016, Kent Police Department ("KPD") officers seized $771.25 from defendant at the time of his arrest. Ex. 1, Dkt. #356-1. Defendant argues that he is entitled to the return of that property under the Civil Asset Forfeiture Reform Act and the Due Process Clause of the Fifth Amendment. Dkt. #356 at 2.

The Court has ordered defendant to pay $351,848 in restitution to his victims. Dkt. #350 at 8. "A federal restitution order is 'a lien in favor of the United States on all property and rights to property'". United States v. Harris, 854 F.3d 1053, 1055 (9th Cir. 2017) (quoting 18 U.S.C. § 3613(c)). "[A] valid restitution order … gives the government a sufficient cognizable claim of ownership to defeat a defendant's … motion for return of property, if that property is needed to satisfy the terms of the restitution order." United States v. Mills, 991 F.2d 609, 612 (9th Cir. 1993). The government represents in its response that it intends to collect the $771.25 as

ORDER DENYING DEFENDANT'S MOTION
FOR RETURN OF PROPERTY - 1

restitution for defendant's victims via a writ of garnishment issued to the KPD under 28 U.S.C. § 3205. Dkt. #357 at 3. Defendant is not entitled to the return of his property.

For all the foregoing reasons, defendant's motion is DENIED.

DATED this 23rd day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR RETURN OF PROPERTY - 2