The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUBREY TAYLOR,<br><br>    Defendant. | NO. CR16-300 RSL<br><br>ORDER SCHEDULING STATUS CONFERENCE |

THIS COURT having considered the parties' Joint Motion to Schedule Status Conference, and based on the facts set forth therein, and General Orders 01-20 through 15-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, the Court hereby FINDS as follows:

At this critical juncture in which the number of cases and hospitalizations has skyrocketed both locally and nationally, creating a significant health risk for gatherings, and given the facts set forth in the parties' motion, the Court hereby finds that it is not possible to proceed with a resentencing hearing at this time.  Limiting the size and frequency of gatherings remains critical to preventing serious illness and death from COVID-19.  The continuing public health situation resulting from the pandemic also limits the availability and ability of witnesses, counsel, and Court staff to be present in the courtroom.

1   IT IS THEREFORE ORDERED that counsel will appear before the Court for a status
2   conference on February 11, 2021 at 10:00 a.m. to discuss a date for resentencing.
3   Dated this 16th day of December, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge