The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY TAYLOR,<br><br>Defendant. | NO. CR16-300 RSL<br><br>GOVERNMENT'S MOTION TO PROVIDE SEALED SENTENCING TRANSCRIPT TO THIRD PARTY |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Catherine L. Crisham and Rebecca S. Cohen, Assistant United States Attorneys for said District, hereby files this Motion to Provide Sealed Sentencing Transcript to Third Party. In support thereof, the government states as follows:

1. A sentencing hearing in this matter was held on May 21, 2019. The transcript of this hearing was prepared and subsequently sealed in order to protect the identity and dignity of the victims named in Counts One through Five of the Indictment (Docket No. 388).

2. A resentencing hearing in this matter is set for July 28, 2022 (Docket No. 441).

UNITED STATES v. TAYLOR/CR16-300 RSL
GOVERNMENT'S MOTION TO PROVIDE SEALED SENTENCING
TRANSCRIPT TO THIRD PARTY/- 1

UNITED STATES ATTORNEY
700 Stewart St., Suite 5220
Seattle, Washington 98101
(206) 553-7970

3. In advance of this hearing, government counsel has been in contact with T.C., who is a relative of named victim L.C. T.C. has advised that he would like to make a statement at the resentencing hearing. T.C. was present at the May 21, 2019 sentencing hearing, and has asked to review a copy of the sentencing transcript in order to prepare his statement.

4. Because the transcript is sealed, the government is unable to provide T.C. with a copy at this time. The government, however, has no objection to T.C. being provided with a copy of the sentencing transcript for use in preparing his statement at resentencing.

5. The government hereby requests this Court to permit it to provide T.C. with a copy of the sealed sentencing transcript (Docket No. 388), for the purposes of preparing his statement at resentencing.

Dated: April 28, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s/ *Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:     (206)-553-7970
Fax:           (206)-553-0755
E-mail:    Catherine.Crisham@usdoj.gov

UNITED STATES v. TAYLOR/CR16-300 RSL
GOVERNMENT'S MOTION TO PROVIDE SEALED SENTENCING
TRANSCRIPT TO THIRD PARTY/- 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970