The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> AUBREY TAYLOR, <br><br> Defendant. | NO. CR16-300 RSL <br><br> ORDER GRANTING GOVERNMENT'S MOTION TO PROVIDE SEALED SENTENCING TRANSCRIPT TO THIRD PARTY |

This matter, having come before the Court based on government's Motion to Provide Sealed Sentencing Transcript to Third Party, and having considered the same, it is hereby ORDERED as follows:

The government shall provide T.C. with a copy of the sealed sentencing transcript in this matter (Docket No. 388).

DATED this __16th__ day of _____May_____, 2022.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

_s/ Catherine L. Crisham_____
Catherine L. Crisham
Assistant United States Attorney

ORDER GRANTING GOVERNMENT'S MOTION TO
PROVIDE SEALED SENTENCING TRANSCRIPT TO
THIRD PARTY - 2