Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>AUBREY TAYLOR,<br><br>      Defendant. | NO. CR16-300 RSL<br><br>ORDER TO SEAL |

  Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Exhibit 2 and Exhibit 4 to the Government's Resentencing Memorandum and ORDER shall remain sealed.

  DATED this 18th day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
Catherine L. Crisham
Rebecca S. Cohen
Assistant United States Attorneys

ORDER TO SEAL - 1
*United States v. Aubrey Taylor*, CR16-300 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970